UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THEODORE E. STITH,<br><br>        Petitioner,<br><br>    v.<br><br>JEFFREY McCOMBER, Warden,<br><br>        Respondent.<br>_____/ | No. C 15-944 LB<br><br>**ORDER OF TRANSFER**<br><br>[Re: ECF No. 1] |

Theodore E. Stith, an inmate at the California State Prison - Sacramento, filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2003 conviction and sentence from the Solano County Superior Court. His county of incarceration (i.e., Sacramento County) and his county of conviction (i.e., Solano County) are located within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, with the preferable district being the district of conviction for a petition challenging a conviction. *See* 28 U.S.C. § 2241(d); N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: March 3, 2015

                                                    _____
                                                    LAUREL BEELER
                                                    United States Magistrate Judge

C 15-944 LB
ORDER