UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ERVIN STITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY McCOMBER,<br><br>　　　　　　Respondent. | No. 2:15-cv-0504 DAD P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis. Petitioner has not submitted his in forma pauperis request on a proper form.

Petitioner's request for leave to proceed in forma pauperis will be denied, and petitioner will be granted thirty days to submit a new request on a proper form. Petitioner is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of petitioner's prison trust account statement for the six-month period immediately preceding the filing of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 2, 2015 request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

/////

2. The Clerk of the Court is directed to send petitioner an Application to Proceed In Forma Pauperis By a Prisoner; and

3. Petitioner shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; petitioner is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: March 23, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/md
stit0504.3d

2