UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ERVIN STITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY McCOMBER,<br><br>　　　　　Respondent. | No.  2:15-cv-0504 DAD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis.  Petitioner has not submitted his in forma pauperis request on the form used by the United States District Court for the Eastern District of California.

　　　　Petitioner's request for leave to proceed in forma pauperis will be denied, and petitioner will be granted thirty days to submit a new request on a proper form.  Petitioner is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of petitioner's prison trust account statement for the six-month period immediately preceding the filing of this action.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Petitioner's April 3, 2015 request for leave to proceed in forma pauperis (ECF No. 12) is denied without prejudice;

1

2. The Clerk of the Court is directed to send petitioner an Application to Proceed In Forma Pauperis By a Prisoner; and

3. Petitioner shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; petitioner is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: April 10, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/md
stit0504.3d.2nd